Graciela Lopez LOPEZ;
et al., Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–76522.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

Submitted Dec. 18, 2006.*

Filed Dec. 21, 2006.

Graciela Lopez Lopez, Commerce, CA, pro se.

Fabiola Lopez Lopez, Commerce, CA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jennifer Levings, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' October 18, 2005 order denying petitioners' second motion to reopen.

We have reviewed the opening brief. To the extent petitioners challenge the BIA's decisions dated August 15, 2005 and May 11, 2005, the petition for review is dismissed for lack of jurisdiction. *See Membreno v. Gonzales,* 425 F.3d 1227, 1229 (9th Cir.2005) (en banc).

To the extent petitioners challenge the BIA's October 18, 2005 denial of their second motion to reopen, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See* 8 C.F.R. § 1003.2(c)(2) (stating numerical limitations on motions to reopen).

**PETITION FOR REVIEW DISMISSED in part, DENIED in part.**